No. 511, Misc., October Term, 1952. LEE *v.* TENNESSEE, 345 U. S. 1003. Second petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

NOVEMBER 16, 1953.

No. 342. NATIONAL UNION OF MARINE COOKS AND STEWARDS ASSOCIATION *v.* ARNOLD ET AL. Appeal from the Supreme Court of Washington. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. The motion for damages and double costs is denied. MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted. *Norman Leonard* for appellant. *Samuel D. Bassett* for appellees.